JULIUS A. SCHULMAN, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

Argued May 25, 1943; decided July 20, 1943.

*George L. Allin* and *Arad Riggs* for appellant.

*Robert H. Schaffer, Acting Corporation Counsel (Alfred D. Jahr, Julius Isaacs* and *Leo Brown* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.